# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TERRENCE SAUNDERS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　v.<br>(1) CHESAPEAKE ENERGY CORPORATION,<br>(2) ROBERT DOUGLAS LAWLER, and<br>(3) DOMENIC J. DELL'OSSO, JR.,<br><br>　　　　　　　　　　　　　Defendants. | Case No. CIV-16-1150-R<br><br><u>CLASS ACTION</u><br><br>HON. DAVID L. RUSSELL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff, The Utah Retirement Systems hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Chesapeake Energy Corporation, Robert Douglas Lawler, and Domenic J. Dell'Osso, Jr.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) given that Defendants have neither answered the Complaint nor filed a motion for summary judgment. A class has not been certified.

This dismissal is without prejudice, and each party is to bear its own costs and fees.

DATED: March 4, 2017　　　　　　　　**FEDERMAN & SHERWOOD**

　　　　　　　　　　　　　　　　　By:　  /s/ *William B. Federman*
　　　　　　　　　　　　　　　　　　　William B. Federman OK Bar # 2853
　　　　　　　　　　　　　　　　　　　Joshua D. Wells OK Bar # 22334

1

10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com
       jdw@federmanlaw.com

*Proposed Liaison Counsel for the Class*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**

Mark S. Willis
1101 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004
Tel: (202) 756-3600
Fax: (202) 756-3602
Email: mwillis@srkw-law.com

Robert M. Roseman
Daniel J. Mirarchi
Andrew N. Dodemaide
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: rroseman@srkw-law.com
       dmirarchi@srkw-law.com
       adodemaide@srkw-law.com

*Attorneys for Utah Retirement Systems and proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2017, I caused the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record through the Court's CM/ECF system.

Dated: March 4, 2017         /s/ *William B. Federman*
                             William B. Federman